THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY M. LUCASIK, Respondent, against J. EDWIN LAVALLEE, as Warden of Clinton Prison, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

In the Matter of MARION DEROSIA, Appellant, against VINCENZO PERFETTO, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue and files and serves record and brief on or before August 20, 1959 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

BENNY FIRSTENBERG et al., Respondents, v. MORRIS WASSERMAN et al., Appellants.— Order of this court, entered February 9, 1959, modified to the extent the time of the defendants-appellants to perfect their appeal be extended to August 20, 1959 and be ready for argument at the September Term of this court. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

In the Matter of the Claim of RAY HIRSCHMAN, Appellant, against P. S. DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before May 15, 1959 and is ready for argument at the June Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS WEISS, Respondent, against J. EDWIN LAVALLEE, as Warden of Clinton Prison, Appellant.— Motion to dismiss appeal granted, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before May 15, 1959 and is ready for argument at the June Term of this court, in which event the motion is denied. Upon consent, Frances Kahn, Esq., is assigned as counsel to represent the relator-respondent on appeal. Relator-respondent may submit brief in typewritten form. Application to add the case to the calendar of the present term of this court denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.